# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 10-5292

**September Term, 2011**

FILED ON: JANUARY 27, 2012

ABDUL-RAHMAN ABDO ABULGHAITH SULEIMAN,
APPELLANT

v.

BARACK OBAMA, PRESIDENT, ET AL.,
APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:05-cv-02386)

Before: TATEL, GARLAND and GRIFFITH, *Circuit Judges*

# CLASSIFIED OPINION NOT AVAILABLE TO PUBLIC